JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARGET CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WOLTERS KLUWER HEALTH, INC.; and DOES 1 through 20,<br><br>　　　　Defendants. | Case No. 2:15-CV-06350-AB-FFM<br><br>The Hon. André Birotte Jr.<br><br>**JUDGMENT** |

# JUDGMENT

Pursuant to the Court's Order dated December 16, 2015, granting Defendant Wolters Kluwer Health, Inc's ("WKH") Motion for Summary Judgment, ECF No. 33, it is HEREBY ORDERED that the action filed by Plaintiff Target Corporation ("Target") is DISMISSED and that a final judgment be entered in WKH's favor.

Because the Court holds that this action is barred by Target's failure to exhaust the contractual preconditions to suit set forth in the Target Technology Services Software License and Data Use Agreement, the Court does not reach the merits of Target's substantive claims relating to the *Hyoung* litigation. Accordingly, this Judgment shall have no preclusive effect with respect to the merits of those claims in any future action between the parties.

The Clerk of the Court is instructed to enter judgment accordingly and to close the file.

IT IS SO ORDERED.

DATED: December 29, 2015    _____
                                               The Hon. André Birotte Jr.
                                               United States District Judge

-1-